# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

130673 & (47)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN
      Plaintiff-Appellee,

v

EDWARD JOHNIGAN,
      Defendant-Appellant.

SC: 130673
COA: 258961
Kent CC: 03-007770-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

Clerk

s0321